United States District Court
Southern District of Texas
**ENTERED**
March 19, 2026
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| ARYBETT ASHANTI | § | CIVIL ACTION NUMBER |
| ACOSTA CAMEJO, | § | 4:26-cv-01548 |
| Petitioner, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| RANDY TATE, *et al*, | § | |
| Respondents. | § | |

### ORDER

Petitioner Arybett Ashanti Amahel Acosta Camejo filed a petition for writ of *habeas corpus* under 28 USC §2241 on February 6, 2026. Dkt 1. She acknowledges illegal entry into the United States at a prior date but nonetheless asserts that her present detention under 8 USC §1225(b) violates the Due Process Clause of the Fifth Amendment. Id at ¶¶23–67.

Prior order indicated that the arguments presented in the petition appeared to raise only issues previously resolved in the cited decisions and thus declined to issue a show cause order to Respondents. Dkt 4. Petitioner was instead given an opportunity to make a further filing with additional authorities or distinguishing facts not considered in the rulings cited on prior dismissals.

Petitioner in response states alleged "distinguishing individual circumstances" that she contends render her present detention unconstitutional as applied to her. Dkt 6. Such arguments raise somewhat novel issues not resolved by the previously indicated prior decisions. She is thus entitled to a show-cause order pursuant to 28 USC §2243.

Respondents are thus ORDERED to show cause with a filing that establishes the propriety of Petitioner's continued detention.

Such filing must be made by March 27, 2026, absent extension.

Petitioner may file any reply by April 1, 2026.

Hearing will be set if determined necessary after briefing closes. But a hearing will be set upon affirmative request by either party, either by Zoom or in person.

It is ORDERED that the Clerk will email this order to USATXS.CivilNotice@usdoj.gov to provide notice of this action to Respondents.

SO ORDERED.

Signed on March 19, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge

2